

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| EDITH ROMAN, | § | No. 08-18-00041-CV |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | County Court at Law No. 5 |
| | § | |
| JOSE LUIS RIOS RAMIREZ, SR., | | of El Paso County, Texas |
| VELIA RIOS RAMIREZ AND | § | |
| JOSE LUIS RAMIREZ, JR., | | (TC # 2017DCV1893) |
| | § | |
| Appellees. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore order that the judgment be modified to award Appellees $1,500.00 for successfully defending the appeal to this Court, and an additional $1,500.00 if the petition for review is filed and successfully defended before the Texas Supreme Court. The judgment, as modified, is affirmed. We further ORDER Appellant pay all costs of this appeal, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF FEBRUARY, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.